No. 87–1166.   MENDEZ *v.* MENDEZ, *ante,* p. 942;
No. 87–5323.   STEFFEN *v.* OHIO, *ante,* p. 916;
No. 87–5888.   IN RE ROY, *ante,* p. 932;
No. 87–6236.   ALDERMAN *v.* GEORGIA, *ante,* p. 943;
No. 87–6266.   FORD *v.* GEORGIA, *ante,* p. 943;
No. 87–6308.   EAKINS *v.* FOLTZ, WARDEN, *ante,* p. 938; and
No. 87–6336.   PETERS *v.* TROWELL ET AL., *ante,* p. 967.   Petitions for rehearing denied.

No. 87–616.   BECK ET AL. *v.* MANUFACTURERS HANOVER TRUST CO. ET AL., 484 U. S. 1005.   Motion for leave to file petition for rehearing denied.   JUSTICE KENNEDY took no part in the consideration or decision of this motion.

## APRIL 27, 1988

No. 87–6823 (A–817).   SMITH *v.* NORTH CAROLINA.   Gen. Ct. Justice, Super. Ct. Div., Halifax County, N. C.   Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied.   Certiorari denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

## MAY 2. 1988

No. 87–1526.   CHRISTENSEN *v.* UTAH STATE TAX COMMISSION. Appeal from Sup. Ct. Utah dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 87–6568.   SPELLMAN *v.* UNITED STATES ET AL.   Appeal from C. A. D. C. Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.